LILIA BULGUCHEVA, ESQ.  (SBN 291374)
BULGUCHEVA LAW, p.c.
185 Front Street, Suite 107A
Danville, California 94526
Telephone: (925) 854-2926
Facsimile: (925) 886-8017
Email: *lilia@bulguchevalaw.com*

Attorneys for Plaintiff
LUIS HURTADO LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HURTADO LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>IRA SERVICES, INC.; IRA SERVICES TRUST COMPANY; APRIL CARRILLO; CHRISTOPHER F. LAZZARO dba LAZZARO & ASSOCIATES; WILLIAM BENSON PEAVEY, JR.; LIBER ABACI, INC.; ATLAS ENTERPRISE TECHNOLOGIES, LLC.; and DOES 1 – 20,<br><br>Defendants. | Case No.  3:18-cv-05395<br><br>**PLAINTIFF'S STATUS REPORT RE: SERVICE OF SUMMONS AND COMPLAINT** |

    Plaintiff LUIS HURTADO CARRILLO (hereinafter, "Plaintiff") hereby submits the following Status Report on his service of Summons and Complaint:

    On November 1, 2018, this Court asked Plaintiff to provide an update on his serving the Summons and Complaint on the Defendants who have not yet appeared in this case.  Based on the information stated herein, Plaintiff expects to complete service on some, if not on all, of the remaining individual Defendants within the 90-day timeframe set out by Federal Rule of Civil Procedure 4(m).

-1-

PLAINTIFF'S STATUS REPORT RE: SERVICE OF SUMMONS AND COMPLAINT

Since the initiation of this action on August 31, 2018, Plaintiff has diligently worked on serving all Defendants in a timely manner. Defendants IRA Services, Inc. and IRA Services Trust Company were served on September 13, 2018, and have now made an appearance in this case.

However, Plaintiff encountered difficulties in locating and serving the individual Defendants - William Benson Peavey, Jr., April Carrillo and Christopher F. Lazzaro dba Lazzaro & Associates. Plaintiff's process server has unsuccessfully attempted to serve each of these Defendants at their last known addresses. Recently, Plaintiff has obtained new addresses for each Defendant named herein (addresses which appear to be linked to Defendants' utility bills) and is currently attempting service at these locations. The process server is expected to report back to Plaintiff's counsel on November 16, 2018.

In addition, Plaintiff has served Defendant William Benson Peavey, Jr. by mail on October 1, 2018.

Lastly, Defendants Liber Abaci, Inc. and Atlas Enterprise Technologies, LLC are listed as "FTB Suspended" with the California Secretary of State and, therefore, lack the capacity to defend themselves in this action. Accordingly, Plaintiff is unable to serve these two Defendants.

Dated: November 8, 2018

Respectfully Submitted,

BULGUCHEVA LAW, p.c.

By: */s/ Lilia Bulgucheva*
Lilia Bulgucheva, Esq.

*Attorneys for Plaintiff*

- 2 -
PLAINTIFF'S STATUS REPORT RE: SERVICE OF SUMMONS AND COMPLAINT